# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153839(51)(54)


COLOMA EMERGENCY AMBULANCE, INC.,
BRIAN BALOW, TRAUMASOFT, LLC, and
LB2, LLC,

       Plaintiffs-Appellants,

v

TIMOTHY E. ONDERLINDE, E.A.R.S., INC.,
RED ARROW PROPERTIES, LLC, ESTATE
OF RONALD ONDERLINDE, STEVEN
ONDERLINDE, and JUNE BEILBY,
          Defendants-Appellees.
_____/

SC: 153839
COA: 325616
Kalamazoo CC: 2014-000380-CK

      On order of the Chief Justice, the motion for the addition of Steven Onderlinde and June Beilby as defendants-appellees in all current and future proceedings is GRANTED. Plaintiffs-appellants shall have 21 days from the date of this order to file a reply to the answer submitted on June 29, 2016, by newly added defendants-appellees Onderlinde and Beilby. On further order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing a reply to the answer submitted by defendants-appellees Timothy E. Onderlinde, E.A.R.S., Inc., and Red Arrow Properties, Inc. is GRANTED. The reply submitted on July 27, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk